USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
:
IN RE 650 FIFTH AVENUE AND            :
RELATED PROPERTIES                    :
:
:
:
------------------------------------------------------- X

08 Civ. 10934 (KBF)
and all member and
related cases

ORDER

KATHERINE B. FORREST, District Judge:

Certain parties have raised questions regarding logistics for the upcoming trial. It is therefore

ORDERED that the Court will hold a teleconference for all parties on Wednesday, August 28, 2013, at 5:10 p.m to discuss trial logistics. Any logistical questions to which parties would like answers in advance of the FPTC may be submitted by letter prior to the call (preferable) or raised on the call. All parties shall call Chambers (212-805-0139) from a single line at the time of the teleconference.

SO ORDERED.

Dated:     New York, New York
           August 21, 2013

_____
KATHERINE B. FORREST
United States District Judge