# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

October 3, 2013

Daniel S. Ruzumna
Partner
(212) 336-2034
Direct Fax (212) 336-1205
druzumna@pbwt.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 04 2013

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *In re 650 Fifth Avenue and Related Prop.*, No. 08 Civ 10934 (KBF)

Dear Judge Forrest:

We represent Defendants Alavi Foundation (the "Foundation") and 650 Fifth Avenue Company (the "Fifth Avenue Company") in the above captioned action and write in regards to a recent submission by the Havlish Plaintiffs.

On September 19, 2013, the Havlish Plaintiffs attempted to file a motion for a writ of execution. Dkt No. 890. On September 20, 2013, the parties were notified through an ECF notification that the filing was deficient, and the Havlish Plaintiffs were directed to re-file their motion. *Id.* We understand that the Havlish Plaintiffs do not intend to re-file a motion for a writ of execution at this time. Our correspondence with the Havlish Plaintiffs regarding this matter is attached to this letter.

Because the ECF Help Desk has informed us that individual practices may vary regarding filing deadlines following a deficient ECF filing, we write to request an order from the Court confirming that no response is due to the document submitted by the Havlish Plaintiffs at ECF Docket Number 890.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ *Daniel S. Ruzumna*
Daniel S. Ruzumna

cc: Counsel of Record

*[Handwritten annotation: Ordered. No response is due to document at ECF No. 890.
K.B. Forrest, USDJ  10/3/13]*

## Adler, Krista (x2922)

| | |
|---|---|
| **From:** | Tim Fleming <TFleming@wcqp.com> |
| **Sent:** | Monday, September 30, 2013 3:04 PM |
| **To:** | Adler, Krista (x2922); Dennis G. Pantazis; jmccoy@mellonwebster.com; Rich Hailey; Thomas Mellon; Jim McCoy; Bob Foote |
| **Cc:** | Ruzumna, Daniel (x2034) |
| **Subject:** | RE: In re 650: Alavi and Fifth Avenue Company Response to Recent Filings |

Krista,

Our Motion for Issuance of Writs of Execution was rejected by the Court for an ECF deficiency. In the meantime, we reviewed the earlier hearing in this case addressing writs of execution, and we determined that we will not re-file the motion at this time. We will explain this to the Court in a letter to Judge Forrest in the next day or so. Accordingly, I would think that you do not need to request any stay.

Additionally, our Motion for Leave to Amend Complaint was also rejected for an ECF deficiency. We will be re-filing that motion either today or tomorrow.



Timothy B. Fleming
Wiggins, Childs, Quinn & Pantazis, LLC
1850 M Street, N.W.
Suite 720
Washington, D.C. 20036
Direct: (202) 467-4489

**From:** Adler, Krista (x2922) [mailto:kadler@pbwt.com]
**Sent:** Sunday, September 29, 2013 4:00 PM
**To:** Tim Fleming; Dennis G. Pantazis; jmccoy@mellonwebster.com; Rich Hailey; Thomas Mellon; Jim McCoy; Bob Foote
**Cc:** Ruzumna, Daniel (x2034)
**Subject:** In re 650: Alavi and Fifth Avenue Company Response to Recent Filings

Dear Counsel,

We left a message with Tim Flemming last week regarding your recent ECF filings, but we have not received a response. To avoid duplicate briefing, we would like to request that the Court stay the deadline for responding to your motion for a writ of execution until after the Court has ruled on your motion to amend the complaint.

Please let us know whether you consent to this request by the close of business on Monday.


Sincerely,
Krista

**Krista D. Adler**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2922

(212) 336-1281 (fax)
kadler@pbwt.com

----------------------------------------------------
Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to Internet email for messages of this
kind.

----------------------------------------------------

IRS Circular 230 disclosure: Any tax advice contained in this communication (including
any attachments or enclosures) was not intended or written to be used, and cannot be
used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii)
promoting, marketing or recommending to another party any transaction or matter addressed
in this communication. (The foregoing disclaimer has been affixed pursuant to U.S.
Treasury regulations governing tax practitioners.)

===========================================================================


NOTICE: This e-mail and any attachments to it may be privileged, confidential or
contain trade secret information. If you are not the intended recipient, please
notify me immediately by reply e-mail and delete the e-mail and any attachment
from your system. Unintended recipients are not authorized to use, disseminate,
retain, print or copy the e-mail or its attachments.