**WIGGINS, CHILDS, PANTAZIS, FISHER GOLDFARB, PLLC**
A PROFESSIONAL LIMITED LIABILITY COMPANY

1850 M STREET, N.W.
SUITE 720
WASHINGTON, DC 20036

Telephone (202) 467-4489 (direct dial)
Facsimile (205) 314-0805
Email: tfleming@wcqp.com

July 29, 2014

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 3 0 2014
```

*Via Electronic Submission*

The Honorable Katherine B. Forrest
UNITED STATES DISTRICT JUDGE
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In Re 650 Fifth Avenue and Related Properties, 1:08-cv-10934 (KBF)*

Dear Judge Forrest:

It appears that, due to an oversight, there was no separate case number assigned to the Havlish judgment creditors in this litigation. Accordingly, when the case went up on appeal to the U.S. Court of Appeals for the Second Circuit, the Havlish judgment creditors were noticed only with respect to the "Forfeiture Appeal," which is docketed in the Second Circuit under the case number 14-2027 relating to the District Court's case number for the consolidated case, 08-cv-10934. We did not realize at first that this is not the only appeal taken, as the Havlish representatives were noticed under the consolidated case number. However, there is a second appeal, now referred to as the "Turnover Appeal" which itself is consolidated in the Second Circuit under the case number 14-1963 from the originating SDNY case number 13-cv-1825; this appeal also relates to the following case numbers in the District Court: 14-1967, 14-1971, 14-1974, 14-1978, 14-1982, 14-1986, 14-1988, 14-1996, and 14-2098.

Significantly, the Havlish judgment creditors filed a motion for, and this Court expressly granted, summary judgment on the turnover claim, along with all the other judgment creditors, Thus, we should be able to defend that judgment and oppose the appeal in the Second Circuit.

When I called the Second Circuit to try to clear up this matter, I was referred to the Clerk for the U.S. District Court S.D.N.Y., which then referred me to chambers for appropriate action. Accordingly, as indicated by your staff, I have today noticed an appearance in the lead case from which the Turnover Appeal has been taken, 1:13-cv-01825-KBF, which is styled Kirschenbaum et al v. ASSA Corporation et al., and am sending this explanatory letter to chambers. The goal is simply to put Havlish in an appropriate position to permit their active participation in the Turnover Appeal proceedings.

THE KRESS BUILDING
301 19TH STREET NORTH
BIRMINGHAM, AL 35203
(205) 328-0640

1850 M STREET, N.W.
SUITE 720
WASHINGTON, D.C. 20036
(202) 467-4489

The Honorable Katherine B. Forrest
UNITED STATES DISTRICT JUDGE
*July 29, 2014*

*In Re 650 Fifth Avenue and Related Properties, 1:08-cv-10934 (KBF)*
Page 2 of 4

    Please note that these actions are being taken under this law firm's new name, Wiggins Childs Pantazis Fisher Goldfarb LLC; in Washington, D.C., we are a PLLC, and we are in the process of notifying the Attorney Admissions office of that name change, which just took effect.

    We certainly appreciate the Court's handling of this issue, and, we stand ready to take whatever additional action may be necessary to rectify this oversight.

Respectfully submitted,

*[signature]*

Timothy B. Fleming
WIGGINS, CHILDS, PANTAZIS, FISHER GOLDFARB PLLC
*Counsel to the Havlish Judgment Creditors*

cc: All Counsel of Record via email

---

**Ordered**

The Court's separate order of today's date should fix this -- notify the Court if it does not.

K. B. Forrest
USDJ

7/29/14