USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 4, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                  :

IN RE: 650 FIFTH AVENUE AND          :     08 Civ. 10934 (KBF)
RELATED PROPERTIES                   :   and all member and
                                                              :       related cases
                                                              :
                                                              :            ORDER
                                                              :
------------------------------------------------------------------ X

KATHERINE B. FORREST, District Judge:

       Any party that wishes to respond to the Hegnas' request for entry of final judgment (ECF No. 1329) shall do so not later than **Monday, August 10, 2015**. Any reply shall be filed not later than **Friday, August 14, 2015**.

       SO ORDERED.

Dated:     New York, New York
              August 4, 2015

                                          _____
                                                      KATHERINE B. FORREST
                                                      United States District Judge