USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 8 2017

O8cv10934 (JcBF)

JOE,

Court Exhibit 4
6/15/17

CAN YOU PLEASE
ASK THE JUDGE
FOR AN UPDATE US
RE SCHEDULE ;
IE :

" 1 MORE WEEK
OFF TOMORROW
DELIBERATE
NEXT FRI
SO YOU'LL NEED
TOO
TO BE HERE
NEXT FRI. ! ,

THANKS

MIKE